CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 11 2012

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TERRY L. ROBERTSON, | Case No. 7:11-cv-116 |
| Plaintiff, | |
| v. | **FINAL ORDER** |
| MICHAEL J. ASTRUE, | By: James C. Turk |
| Commissioner of Social Security, | Senior United States District Judge |
| Defendant. | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that the Magistrate Judge's Report and Recommendation (ECF No. 16) is **ADOPTED**. Accordingly, Defendant Michael J. Astrue's Motion for Summary Judgment (ECF No. 14) is **GRANTED** and Plaintiff Terry L. Robinson's Motion for Summary Judgment (ECF No. 12) is **DENIED**.

The Clerk is directed to strike this case from the Court's active docket and to transmit copies of this Order and accompanying Memorandum Opinion to all parties of record.

**IT IS SO ORDERED.**

ENTER: This **10th** day of April, 2012.

/s/ James C. Turk
Senior United States District Judge